IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN J. RUBENSTEIN                                              PLAINTIFF

v.                              No. 3:18-cv-170-DPM

AMERICAN ACADEMY OF
ACTUARIES; and SOCIETY
OF ACTUARIES                                                     DEFENDANTS

ORDER

1. Motion, № 17, denied with directions. Only attorneys admitted to practice in this Court can register for CM/ECF or receive notices from the system. But the Court directs defense counsel to serve Rubenstein by email and U.S. mail.

2. Rubenstein's motion to reply to the defendants' affirmative defenses under Federal Rule of Civil Procedure 7(a)(7), № 18, is denied. No reply is needed. And Rubenstein will have the opportunity to address defenses fully in response to any motions to dismiss and as the case progresses.

3. The Court appreciates Defendants' Rule 26(f) report. № 14. The embedded request for a Rule 16(b) conference is denied. The press of other business prevents the Court from having one anytime soon. And the case does not need to be on hold. The Court will have a hearing

on the planned motions to dismiss in due course. Discovery should go forward. A Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2019