# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STEVEN J. RUBENSTEIN                                        PLAINTIFF

v.                            No. 3:18-cv-170-DPM

AMERICAN ACADEMY OF
ACTUARIES; and SOCIETY
OF ACTUARIES                                                DEFENDANTS

## ORDER

Rubenstein moves for more time to respond to the motions for summary judgment. His request is timely on the Society's motion, but untimely on the Academy's motion. FED. R. CIV. P. 6(a); LOCAL RULE 7.2(b). He pleads his obligations in other related litigation. His request, № 31, is granted. Rubenstein must respond to both motions by 30 August 2019. In the future, Rubenstein must comply with LOCAL RULE 6.2(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 August 2019