# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STEVEN J. RUBENSTEIN                                           PLAINTIFF

v.                     No. 3:18-cv-170-DPM

AMERICAN ACADEMY OF
ACTUARIES; and SOCIETY
OF ACTUARIES                                          DEFENDANTS

## ORDER

Rubenstein's motion for more time to respond, № 33, is denied without prejudice as moot. He must respond to both summary judgment motions by 30 August 2019. № 32.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2019