IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN J. RUBENSTEIN                                              PLAINTIFF

v.                          No. 3:18-cv-170-DPM

AMERICAN ACADEMY OF
ACTUARIES; and SOCIETY
OF ACTUARIES                                                    DEFENDANTS

## ORDER

Approximately three weeks after his extended deadline, Rubenstein moves for more time to respond to the motions for summary judgment. He did not follow the Court's admonition to comply with Local Rule 6.2(b) on extension requests. № 32. He again relies on his obligations in other related litigation. The Court prefers to rule on the merits. Rubenstein's tardiness, though, is impeding the orderly handling of this case. The Court reluctantly grants Rubenstein's motion, № 35. Combined response to both summary judgment motions due by 9 October 2019. This is Rubenstein's final extension.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2019