# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STEVEN J. RUBENSTEIN                                                PLAINTIFF

v.                         No. 3:18-cv-170-DPM

AMERICAN ACADEMY OF
ACTUARIES; and SOCIETY
OF ACTUARIES                                                       DEFENDANTS

## ORDER

The Court notes Rubenstein's combined response, № 37. American Academy of Actuaries and Society of Actuaries may reply by 9 October 2019. In the future, any moving party may reply within seven calendar days of the response.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2019