IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

STEVEN J. RUBENSTEIN                                              PLAINTIFF

v.                        No. 3:18-cv-170-DPM

AMERICAN ACADEMY OF
ACTUARIES and
SOCIETY OF ACTUARIES                                            DEFENDANTS

## ORDER

Status reports, *№ 42 & № 43,* noted.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>21 October 2019</u>