# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

STEVEN J. RUBENSTEIN                                        PLAINTIFF

v.                           No. 3:18-cv-170-DPM

AMERICAN ACADEMY OF ACTUARIES
and SOCIETY OF ACTUARIES                                   DEFENDANTS

## JUDGMENT

Rubenstein's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 December 2019